01
02
03
04
05

06   UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
07   AT SEATTLE

08   TERRANCE L. RELEFORD,            )   CASE NO. C07-2009-RSM-MAT
                                      )
09        Plaintiff,                  )
                                      )
10        v.                          )   ORDER DIRECTING DEFENDANTS
                                      )   TO SERVE A COPY OF ANSWER ON
11   CITY OF TUKWILA, et al.,         )   PLAINTIFF
                                      )
12        Defendants.                 )
     _____)
13

14        Plaintiff, a Washington prisoner proceeding *pro se* and *in forma pauperis*, has filed a

15   complaint pursuant to 42 U.S.C. § 1983. Defendants filed an answer on February 14, 2008. (Dkt.

16   No. 12). Attached to the answer is a certificate of service that states that defendants mailed a

17   copy of the answer to plaintiff. However, plaintiff has written the Clerk a letter stating that he

18   never received the answer and requesting that defendants be directed to serve him with another

19   copy. (Dkt. No. 14). Accordingly, the Court does hereby find and Order as follows:

20        (1)   Defendants shall serve a copy of the answer on plaintiff within 7 days from the date

21   of this Order and file a certificate of service with the Clerk.

22   / / /

01     (2)     The Clerk shall send a copy of this Order to plaintiff and to counsel for defendants.

02     DATED this 25th day of March, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING DEFENDANTS TO
SERVE A COPY OF ANSWER ON PLAINTIFF
PAGE -2