01
02
03
04
05
06
07
08
09
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRENCE RELEFORD,          )
                            )
      Plaintiff,            )   CASE NO.   C07-2009-RSM-MAT
                            )
  v.                        )
                            )
CITY OF TUKWILA, *et al.,*  )   ORDER RENOTING MOTIONS
                            )
      Defendants.           )
_____)

Plaintiff, a Washington prisoner proceeding *pro se* and *in forma pauperis*, has filed a complaint pursuant to 42 U.S.C. § 1983, alleging that his constitutional rights were violated by two police officers employed by the City of Tukwila. Plaintiff and defendants have each filed motions for summary judgment. In addition, plaintiff has filed a motion for appointment of counsel and a motion for extension of time to file a response to defendants' motion for summary judgment. In an effort to streamline the briefing of these motions, the Court does hereby ORDER as follows:

(1) The Clerk shall RENOTE defendants' motions for summary judgment (Dkt. Nos. 24, 25) for consideration on the same day as plaintiff's motion for summary judgment, **July 25, 2008.** Therefore, the parties' responses to the motions for summary judgment are due no later

ORDER RENOTING MOTIONS
PAGE -1

than **July 21, 2008**, and any replies are due no later than **July 25, 2008.** *See* Local Rule CR 7(d)(3).

(2) Plaintiff seeks appointment of counsel and also to extend the deadline for filing a response to defendants' motion for summary judgment. (Dkt. Nos. 30, 31). The Court will defer consideration of these motions until the Court has reviewed the parties' motions for summary judgment, and if a response is necessary, the Court will grant plaintiff an extension to file a response. Accordingly, the Clerk shall RENOTE plaintiff's motion for appointment of counsel (Dkt. No. 30) and plaintiff's motion for extension of time (Dkt. No. 31) for consideration on **July 25, 2008.**

(3) The Clerk is further directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 15th day of July, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER RENOTING MOTIONS
PAGE -2